CHARLES NOVACK, ESQ. (Bar No. 127776)
LAW OFFICE OF CHARLES NOVACK
409 13th Street, 10th Floor
Oakland, California 94612
Telephone: (510) 465-1000
Facsimile: (510) 740-3575

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD CHESTER WILLIAMS,**<br><br>                                     **Debtor.** | Case No. 08-42400 EJ<br>**Chapter 7** |
| **PAUL MANSDORF, TRUSTEE,**<br><br>                                     **Plaintiff,**<br>vs.<br>**DAVID L. ROTH, an individual,**<br><br>                                     **Defendant.** | **Adversary Proceeding<br>No. 09–4152. AJ**<br><br>**District Court Case No. CV 09-1903 SBA**<br><br>**STIPULATION BY THE PARTIES TO WITHDRAW REFERENCE TO UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S. C. § 157(d) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 5011** |
| | **Date: June 23, 2009<br>Time: 1:00 p.m.<br>Ctrm: 3<br>        United States District Court<br>        1301 Clay Street, 3rd Flr.,<br>        Oakland, California<br>        The Honorable Sandra Armstrong** |

Plaintiff Paul Mansdorf, Chapter 7 Trustee, and Defendant David Roth, by and through their respective counsel of record, hereby stipulate to the withdrawal of the reference to the United States Bankruptcy Court for the Northern District of California with regard to the above adversary proceeding.

Stipulation

| | | |
|---|---|---|
| 1 | Dated: May ___, 2009 | THE LAW OFFICE OF CHARLES NOVACK |
| 3 | | By: CHARLES NOVACK /s/ |
| 4 | | Bar No. 127776<br>Attorney for Defendant David Roth |
| 7 | Dated: May ___, 2009 | PINNACLE LAW GROUP, LLP |
| 9 | | By:_____<br>JEREMY KATZ |
| 10 | | Bar No. 119418<br>Attorney for Plaintiff Paul Mansdorf |

**PURSUANT TO STIPULATION (DOCKET No. 4), IT IS SO ORDERED.**

Date: 6/9/09    _____
THE HONORABLE SAUNDRA BROWN ARMSTRONG