JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone:  (415) 394-5700
Facsimile:   (415) 394-5003

Attorneys for Plaintiff
PAUL J. MANSDORF, TRUSTEE

EDWARD D. HAAS (SBN: 76647)
ROECA HAAS HAGER LLP
351 California Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile:  (415) 352-0988

Attorneys for Defendant
DAVID L. ROTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. MANSDORF, Trustee of the bankruptcy estate of Ronald Chester Williams, Debtor,<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. ROTH, an individual,<br><br>Defendant. | **District Court Case No. CV 09-1903 EMC**<br><br>Chapter 7 Case No. 08-42400 EDJ 7<br><br>Adversary Proceeding No. 09-04152<br><br>**STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE**<br><br>F.R.C.P. § 41(A)(ii) |

PLAINTIFF Paul J. Mansdorf, Trustee and DEFENDANT David L. Roth, by and through their respective counsel, stipulate to the dismissal of this case with prejudice pursuant to Fed.R.Civ.Proc. § 41(A)(ii).

[SIGNATURE PAGE FOLLOWS]

1871.034    1    STIPULATION OF DISMISSAL

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Dated: September __, 2010           PINNACLE LAW GROUP LLP

                                    By: _____
                                         JEREMY W. KATZ
                                         Attorneys for Plaintiff
                                         PAUL J. MANSDORF, TRUSTEE


Dated: September 2, 2010            ROECA HAAS HAGER LLP

                                    By: _____
                                         EDWARD D. HAAS
                                         Attorneys for Defendant
                                         DAVID L. ROTH

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1871.034                            2                            STIPULATION OF DISMISSAL

1  Dated: September 7, 2010          PINNACLE LAW GROUP LLP

2                                    By: _____
3                                        JEREMY W. KATZ
                                         Attorneys for Plaintiff
4                                        PAUL J. MANSDORF, TRUSTEE

5

6  Dated: September __, 2010         ROECA HAAS HAGER LLP

7
                                     By: _____
8                                        EDWARD D. HAAS
                                         Attorneys for Defendant
9                                        DAVID L. ROTH

10

11     IT IS SO ORDERED:

12

13     _____
14     Edward M. Chen
       U.S. Magistrate Judge
15

**IT IS SO ORDERED**
Judge Edward M. Chen

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1871.034                              2                        STIPULATION OF DISMISSAL

# CERTIFICATE OF SERVICE

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On September 7, 2010, I caused to be served the document described as:

**STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE**

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

*Attorneys for Defendant*
Edward D. Haas
ROECA HAAS HAGER LLP
351 California Street, Suite 900
San Francisco, CA  94104

*Chambers Copies (by mail):*
Magistrate Judge Edward M. Chen
United States District Court
Northern District of California
Clerk's Office
450 Golden Gate Avenue, 16th Floor
San Francisco, CA  94102

**E-FILING CHAMBERS COPIES**
Case No. 09-cv-01903 EMC

[X]   BY E-MAIL: Service was accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on September 7, 2010, at San Francisco, California.

/s/ Mike Terry
Mike Terry

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1871.034 — 3 — STIPULATION OF DISMISSAL